# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NEW HAMPSHIRE INSURANCE CO., | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) No. 3:10-cv-607 |
| v. | ) |
| | ) Judge Sharp |
| BLACKJACK COVE, LLC | ) |
| Defendant/Counter-Plaintiff. | ) |

## ORDER

For the reasons explained in the accompanying Memorandum, the Court denies New Hampshire's first motion for partial summary judgment, (Docket No. 86); grants in part (as to establishing the fact that the insurance policy at issue does not require Blackjack to repair or replace the damaged property) and denies in part (as to all other issues) Blackjack Cove's motion for partial summary judgment, (Docket No. 88); grants in part (as to Blackjack's claim for damages stemming from New Hampshire's alleged failure to "total" docks at the marina) and denies in part (as to all other issues) New Hampshire's second motion for partial summary judgment, (Docket No. 133); and denies New Hampshire's motion to strike, (Docket No. 139).

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE